**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1246**

———————

JUANITA NELSON,

                Plaintiff - Appellant,

      v.

RONNIE HINMAN; LARRY TYLER; THE CRISFIELD FIRE DEPARTMENT, Inc.; CHARLES CAVANAUGH,

                Defendants – Appellees,

    and

CITY OF CRISFIELD,

                Defendant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson Everett Legg, District Judge. (1:10-cv-01816-BEL)

———————

Submitted:  August 8, 2012        Decided:  August 23, 2012

———————

Before DUNCAN, DAVIS, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Luke A. Rommel, OTWAY, RUSSO & ROMMEL, PC, Salisbury, Maryland, for Appellant.  Kevin B. Karpinski, Victoria M. Shearer, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juanita Nelson appeals the district court's order granting summary judgment in favor of the Appellees on Nelson's claims of gender discrimination under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Nelson v. Hinman</u>, No. 1:10-cv-01816-BEL (D. Md. Feb. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>